PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:96cr30 PG

KIRKSEY MCCORD NIX, JR.,
  a/k/a J.R., a/k/a Junior,
  a/k/a Kirk

D.O.C. 79073,
C.C.R. U-B-9
Louisiana State Prison
Angola, LA  70712

SSN:  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

DOB:  08-20-43

The Clerk of said Court will issue warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 22nd day of October, 1996.

This the 22nd day of October, 1996.

                BRAD PIGOTT
                United States Attorney

        By: _____
                Assistant U.S. Attorney

Warrant issued:_____

RTS/FBI