```
MINUTE ENTRY:                                              DIVISION:
CRIMINAL ACTION NO. 2:96cr30PG                             HATTIESBURG
UNITED STATES OF AMERICA
VERSUS
KIRKSEY McCORD NIX, JR., ET AL
```


APPEARANCES
FOR GOVERNMENT:                                    FOR DEFENDANTS:

Richard Starrett, AUSA                             NIX
John Dowdy, AUSA                                   Tom Royals
James Tucker, AUSA                                 Julie Eppes
Peter Barrett, AUSA
Keith Bell, FBI                                    HALAT
                                                   David Chesnoff
                                                   Tommy Spina
                                                   John Colette

                                                   HOLCOMB
                                                   Jeff Hall
                                                   Clark Hicks

                                                   SHARPE
                                                   Mike Adelman

HEARING ON: Jury Trial                             TIME: 19. (Jury Sel.)
                                                         156.5


ISSUE JOINED:
JURIS./NATURE OF SUIT:
PLACE OF HOLDING COURT: Hattiesburg, MS
PRESIDING OFFICER: Judge Charles W. Pickering, Sr.
COURT REPORTER: Margaret Kinchen

```
DATE(S): 6/3/97    9:00 a.m. -11:45 a.m.
                   1:00 p.m. - 6:50 p.m.        9.  (Jury Sel.)

         6/4/97    8:00 a.m. - 9:45 a.m.        2.  (Jury Sel.)

         6/5/97    9:00 a.m. - 11:45 a.m.
                   1:15 p.m. - 6:30 p.m.        8.  (Jury Sel.)

         6/6/97    9:00 a.. - 12:00 p.m.
                   1:15 p.m. - 2:30 p.m.        4.

         6/9/97    1:00 p.m. - 5:30 p.m.        4.5

         6/10/97   9:00 a.m. - 11:50 a.m.
                   1:20 p.m. - 5:20 p.m.        7.
```

```
6/11/97  9:00 a.m. - 11:50 a.m.
         1:20 p.m. -  5:10 p.m.        7.

6/12/97  9:00 a.m. - 11:45 a.m.
         1:20 p.m. -  5:10 p.m.        6.5

6/13/97  8:30 a.m. -  1:10 p.m.        4.5

6/16/97  1:00 p.m. -  5:10 p.m.        4.

6/17/97  9:00 a.m. - 11:55 a.m.
         1:25 p.m. -  5:35 p.m.        7.

6/18/97  8:30 a.m. - 12:10 p.m.
         1:25 p.m. -  5:10 p.m.        7.5

6/19/97  9:00 a.m. - 12:30 p.m.
         1:30 p.m. -  5:10 p.m.        7.

6/20/97  9:00 a.m. -  1:10 p.m.        4.

6/23/97  1:00 p.m. -  6:00 p.m.        5.

6/24/97  8:30 a.m. - 11:50 a.m.
         1:20 p.m. -  5:35 p.m.        7.5

6/25/97  8:45 a.m. - 11:55 a.m.
         1:30 p.m. -  6:30 p.m.        8.

6/26/97  9:00 a.m. - 11:35 a.m.
         1:10 p.m. -  5:30 p.m.        7.

6/27/97  8:45 a.m. -  1:00 p.m.        4.5

6/30/97  1:00 p.m. -  5:15 p.m.        4.5

7/1/97   9:00 a.m. - 12:00 p.m.
         1:30 p.m. -  5:15 p.m.        7.

7/2/97   8:45 a.m. - 11:50 a.m.
         1:15 p.m. -  4:00 p.m.        6.5

7/3/97   9:00 a.m. - 12:35 p.m.        3.5

7/7/97   9:00 a.m. - 11:40 a.m.
         2:15 p.m. -  5:00 p.m.        5.5

7/8/97   8:30 a.m. - 12:00 p.m.
         1:35 p.m. -  4:05 p.m.        6.

7/9/97   8:30 a.m. - 10:15 a.m.
        12:45 p.m. -  4:45 p.m.        6.
```

904

```
7/10/97  8:30 a.m. - 12:00 p.m.
         1:25 p.m. - 5:30 p.m.          7.5

7/11/97  8:30 a.m. - 1:00 p.m.
         3:20 p.m. - 4:20 p.m.          5.5

         JURY DELIBERATIONS BEGAN AT 12:50 P.M.
         JURY SEQUESTERED
         Jury Deliberated from 12:50 p.m. - 5:00 p.m.

7/12/97  Jury Deliberated from approximately
         9:00 a.m. - 5:00 p.m.

7/13/97  Jury Deliberated from approximately
         1:00 p.m. - 4:40 p.m.

7/14/97  11:30 a.m. - 12:00 p.m.
         1:10 p.m. - 6:45 p.m.          6.

         NO JURY DELIBERATIONS 7/14/97

7/15/97  Jury Deliberated from approximately
         9:00 a.m. - 5:30 p.m.

7/15/97  5:00 p.m. - 5:30 p.m.          .5

7/16/97  9:00 a.m. - 9:15 a.m.          .5

7/16/97  Jury Deliberated from approximately
         8:30 a.m. - 4:30 p.m.

         3:30 p.m. - 4:30 p.m.          1.

         PARTIAL VERDICT RENDERED AND
         PRESENTED IN OPEN COURT
         4:30 p.m. - 5:10 p.m.          .5

7/17/97  Jury Deliberated from approximately
         8:30 a.m. - 3:30 p.m.

         VERDICT RENDERED AND PRESENTED
         IN OPEN COURT
         3:30 p.m. - 3:45 p.m.          .25

7/17/97  FORFEITURE HEARING AS TO HALAT
         3:55 p.m. - 4:30 p.m.          .5

         VERDICT RENDERED AND PRESENTED
         IN OPEN COURT
         5:02 p.m. - 5:15 p.m.          .25
```

905

ACTION TAKEN: Counts 6, 12, 19, 20 and 21 dismissed. Count 52 (Forfeiture Count) as to Halat decided by jury verdict. Count 52 (Forfeiture Count) as to Nix to be non-jury issue before Judge Pickering on Wednesday, July 23, 1997. See Jury Verdicts. Sentencings scheduled as follows:

> 9/23/97 at 10:00 a.m.   Thomas Leslie Holcomb
> 9/23/97 at 10:30 a.m.   Sheri LaRa Sharpe
> 9/23/97 at 11:00 a.m.   Pete Halat, Jr.
> 9/23/97 at 1:30 p.m.    Kirksey McCord Nix, Jr.


DEPUTY CLERK: S. Schmitt
LAW CLERK: P. Walters

906